# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

YAN YEFREMOV,

        Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

Case No. C19-1895-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Government's motion to dismiss as moot (Dkt. 10) is GRANTED;

(3) Petitioner's habeas petition is DENIED, and this action is DISMISSED without prejudice; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 25th day of March, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1